UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD, | § § § § § | |
| *Petitioner,* | § § | |
| v. | § § | Civil Action No. 3:22-mc-0079-X |
| LM CARPET CLEANING RESURFACING & POWER WASHING, | § § § § § § | |
| *Respondent.* | § § | |

# **FINAL JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The National Labor Relations Board Subpoena Duces Tecum B-1-1FXJDV9 shall be enforced, and Leonardo Arcibar, owner of LM Carpet Cleaning Resurfacing & Power Washing, must serve on the National Labor Relations Board all information set forth in the Subpoena, by February 28, 2024, and provide testimony in conjunction with said information on that same day at a time and place set by the National Labor Relations Board.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States

      Magistrate Judge to Petitioner.

3.    The Clerk shall also transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to Respondent at the following address:

Leonardo Arcibar, Owner
LM Carpet Cleaning Resurfacing & Power Washing
4314 Motley Drive
Mesquite, Texas 75150

Leonardo Arcibar, Owner
LM Carpet Cleaning Resurfacing & Power Washing
3401 Cortez Dr. Apt. 2302
Garland, Texas 75141

Leonardo Arcibar, Owner
LM Carpet Cleaning Resurfacing & Power Washing
220 N. 12th Street
Garland, Texas 75040

**IT IS SO ORDERED** this 30th day of January, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE